UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: KATZ INTERACTIVE CALL PROCESSING
PATENT LITIGATION

| | | |
|---|---|---|
| Ronald A. Katz Technology Licensing, L.P. v. American Airlines, Inc., C.D. California, C.A. No. 2:07-02196 (E.D. Texas, C.A. No. 2:06-00334) | ) ) ) | MDL No. 1816 |


### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

      A conditional remand order was filed in this action on October 2, 2014.  Prior to expiration of that order's 7-day stay of transmittal, defendants/counter claimants Federal Express Corporation, et al., filed a notice of opposition to the proposed remand.  Defendants later filed a motion and brief to vacate the conditional remand order.  The Panel has now been advised that defendants wish to withdraw their opposition to remand.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on October 2, 2014, is LIFTED.  The action is remanded to the United States District Court for the Eastern District of Texas.

                                                   FOR THE PANEL:

                                                   Jeffery N. Lüthi
                                                   Clerk of the Panel