This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/6/2014 at 4:11 PM EST and filed on 11/6/2014

| | |
|---|---|
| **Case Name:** | IN RE: Katz Interactive Call Processing Patent Litigation |
| **Case Number:** | <u>MDL No. 1816</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE
ASSOCIATED CASE(S):**

**A Conditional Remand Order was filed on 11/6/14. Prior to the expiration of that
order's 7-day stay, opposition to the Conditional Remand Order was filed and,
pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, the Conditional Remand Order was stayed until further
order of the Panel. The opposition has now been withdrawn and the stay has
been lifted.**

**This Order Lifting Stay of the Conditional Remand Order is directed to you for filing.**

**28 U.S.C. 1407(a) provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Pursuant to Panel Rule 10.4, the parties should furnish the Transferee Court with a stipulation or designation of the content of the records to be remanded.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/6/2014.**

**Associated Cases: MDL No. 1816, TXE/2:06-cv-00334 (LAH)**

| | |
|---|---|
| **Case Name:** | Ronald A Katz Technology Licensing L P v. American Airlines Inc |
| **Case Number:** | TXE/2:06-cv-00334 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 05/01/2009** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Remand Order was filed on 11/6/14. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Remand Order was filed and, pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Remand Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Remand Order is directed to you for filing.**

**28 U.S.C. 1407(a) provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Pursuant to Panel Rule 10.4, the parties should furnish the Transferee Court with a stipulation or designation of the content of the records to be remanded.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 11/6/2014.**

**Associated Cases: MDL No. 1816, TXE/2:06-cv-00334 (LAH)**

**No public notice (electronic or otherwise) sent because the entry is private**